## Kenneth BELL; Cleophus Mack, Appellants,

v.

## State of MISSOURI, Appellee.

### No. 07–2089.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 31, 2007.

Filed: Nov. 5, 2007.

Kenneth Bell, Charleston, MO, pro se.

Cleophus Mack, Charleston, MO, pro se.

Before BYE, RILEY, and MELLOY, Circuit Judges.

### [UNPUBLISHED]

### PER CURIAM.

Missouri prisoners Kenneth Bell and Cleophus Mack appeal the district court's [1] 28 U.S.C. § 1915A(b) preservice dismissal of their complaint. Upon de novo review, *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review), we conclude dismissal was proper because the five-year limitations period had expired. *See* Mo.Rev.Stat. § 516.120(4); *Wallace v. Kato*, — U.S. ——, 127 S.Ct. 1091, 1094, 166 L.Ed.2d 973 (2007) (holding § 1983 actions are characterized as personal-injury actions for purposes of determining which state statute of limitations to apply). However, we modify the judgment to be with prejudice, *see Botten v. Shorma*, 440 F.3d 979, 980–81

(8th Cir.2006) (affirming dismissal of plaintiff's complaint with prejudice on statute of limitations grounds), and we affirm the judgment as modified. *See* 8th Cir. R. 47B.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.